

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00126-CR

Bernadette **PERUSQUIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2009CRN000882-D1
Honorable Jose A. Lopez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFRMED.

SIGNED June 12, 2013.

Catherine Stone, Chief Justice